IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDALL THOMAS CARTER,
Inmate No. 06008341,
    Plaintiff,
vs.                                    Case No.:  3:18cv2140/LAC/EMT

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff subsequently filed an amended complaint (ECF No. 6). By order of this court dated April 2, 2019, Plaintiff was given thirty (30) days in which to file a second amended complaint (*see* ECF No. 7). Plaintiff failed to file a second amended complaint by the deadline; therefore, on May 14, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 8). Although the show cause order was returned by the Santa Rosa County Jail (Plaintiff's address of record when he filed his original complaint) as undeliverable (*see* ECF No. 9), the court resent a copy of the show cause order to Plaintiff at his new address, the

Columbia Correctional Institution, on May 28, 2019 (*see* ECF No. 10).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a second amended complaint or show cause for his failure to do so.  Additionally, Plaintiff has failed to keep the court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 10th day of July 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.