IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDALL THOMAS CARTER,
Inmate No. 06008341,
    Plaintiff,

vs.                                           Case No.: 3:18cv2140/LAC/EMT

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 10, 2019 (ECF No. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 5th day of August, 2019.

                         s/*L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**